**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

..............................................................x

TODD REGNIER,

                         Plaintiff,

       - against -

NEW YORK COLLEGE OF OSTEOPATHIC
MEDICINE OF NEW YORK INSTITUTE OF
TECHNOLOGY ("NYCOM-NYIT" or "NYCOM"),

                    Defendant.

..............................................................x

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 04 2018  ★

LONG ISLAND OFFICE

**Case No. 14-CV-15627**
**(JMA)(GRB)**

**NOTICE OF**
**VOLUNTARY**
**DISMISSAL**
**WITHOUT**
**PREJUDICE**

      PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, the above-captioned Plaintiff, TODD REGNIER, by his undersigned attorneys,

Kevin T. Mulhearn, P.C., hereby dismisses, without prejudice, and without fees or costs, all

claims against each of the above-captioned Defendant in the above-captioned action.  The

Defendant in this action has not filed an answer or a motion for summary judgment.  No prior

action by Plaintiff against this Defendant has been withdrawn or dismissed by this Court or any

other state or federal court.

Dated:   Orangeburg, New York
         June 4, 2018

                                Respectfully,

                                KEVIN T. MULHEARN, P.C.
                                *Kevin T. Mulhearn*

                                BY: Kevin T. Mulhearn, Esq. (KM 2301)
                                *Attorneys for Plaintiff, Todd Regnier*
                                60 Dutch Hill Road, Suite 6B
                                Orangeburg, NY 10962
                                Phone (845) 222-8092
                                Email: kmulhearn@ktmlaw.net

*Case closed-*

SO ORDERED:

*S/Joan M. Azrack*

Hon. Joan M. Azrack, U.S.D.J.

Dated: ~~June~~   4         , 2018

~~Brooklyn~~, New York

*Central Islip*

cc:     Stefanie Munsky, Esq.
        (Via Regular Mail & ECF)

2